Janis Posner Raynak #005021
Blue Cross and Blue Shield of Arizona, Inc.
8220 N. 23rd Avenue, Building 1
Phoenix, AZ 85021-4872
Telephone (602) 864-4410
Fax (602) 864-4084
Email: jraynak@azblue.com

Attorney for Defendant Blue Cross and Blue Shield of Arizona, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Connie Traslavina-Pena, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BlueCross BlueShield of Arizona,<br><br>　　　　　　　　Defendant | Case No.:  2:09-cv-01857-SRB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Pursuant to the parties' stipulation;

　　　IT IS ORDERED that the Plaintiff's claims against Defendant in this matter is dismissed with prejudice, each party to bear its own fees and costs.

　　　Dated this 29th day of October, 2009.

_____
Susan R. Bolton
United States District Judge

-1-